FRANCES SIREN, ETC. v. JOSEPH BEHAN AND VOLKSWAGEN-
WERK AKTIENGESELLSCHAFT, A.G., ET AL.

February 21, 1989.

Petition for certification denied.

JOHN T. LOUGHNEY, II v. SHOP–RITE OF MARLTON, ETC.
AND YU SHAN COMPANY, ETC.

February 21, 1989.

Petitions for certification denied.

CAROLE REILY v. MILLARD THOMPSON.

February 21, 1989.

Petition for certification denied.

JOSE RODRIGUEZ v. CITY OF ATLANTIC CITY, ET AL.

February 21, 1989.

Petition for certification denied.